■ OBERON SECURITIES LLC, Respondent, v PAUL PARMAR et al., Appellants. [21 NYS3d 889]—Order, Supreme Court, New York County (Eileen Bransten, J.), entered June 13, 2014, which, to the extent appealed from as limited by the briefs, denied defendants' motion for a default judgment on their counterclaim, unanimously affirmed, with costs.

The court exercised its discretion in a provident manner in denying defendants' motion for a default judgment. Plaintiff's counsel asserted that the delay was due to counsel's error, and there was no evidence of prejudice to defendants (*see Smoke v Windermere Owners, LLC*, 109 AD3d 742 [1st Dept 2013]; *Spira v New York City Tr. Auth.*, 49 AD3d 478 [1st Dept 2008]; CPLR 3012 [d]). Furthermore, there is a strong public policy of resolving controversies on the merits (*see e.g. Myers v City of New*

*York*, 110 AD3d 652 [1st Dept 2013]). We have considered defendants' remaining arguments and find them unavailing. Concur—Acosta, J.P., Andrias, Manzanet-Daniels and Kapnick, JJ.